# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:13-cr-00239-JAD-PAL |
| vs. ) | **ORDER** |
| ROBERT MORROW, *et al.*, ) | |
| Defendants. ) | |

This matter is before the Court on Defendant Robert Morrow's Motion to Amend Terms of Pretrial Release (#40), filed September 23, 2013. The motion is unopposed. "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." LCR 47-9. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Robert Morrow's Motion to Amend Terms of Pretrial Release (#40) is **granted**. The no-association condition of Defendant Morrow's pretrial release is modified to reflect that he may visit his mother at the same time as his brother, co-defendant Daniel Morrow. All other terms and conditions of pretrial release remain in effect.

DATED: October 15, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**