# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:13-cr-00239-JAD-PAL |
| vs. | **MINUTE ORDER** |
| JEREMY HALGAT, | |
| Defendant. | |

Before the Court is the Expedited Motion to Modify Defendant Jeremy Halgat's Conditions of Release on Appearance Bond Temporarily to Attend his Best Friend's Funeral this Saturday, November 2, 2013. (#51).

IT IS HEREBY ORDERED that any objections to the Expedited Motion to Modify Defendant Jeremy Halgat's Conditions of Release on Appearance Bond Temporarily to Attend his Best Friend's Funeral this Saturday, November 2, 2013(#51) must be filed on or before 3:00 p.m., October 31, 2013. The motion will be decided promptly after that deadline.

The Court Clerk is directed to place a hard copy of this order in the AUSA's box for Mr. Andrew W. Duncan and Ms. Christina Silva.

DATED this 30th day of October, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE