# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY HALGAT et al,<br><br>Defendants. | Case No.: 2:13-cr-00239-JAD-PAL<br><br>**Order Expediting Briefing on Government's Motion in Limine to Preclude All Defendants from Asserting an Entrapment Defense (#101)** |

This case arises from an ATF sting operation that resulted in the indictment of the three defendants for conspiracy to possess with intent to deliver 10 kilograms of cocaine and carrying a firearm during a drug-trafficking crime. Doc. 1. Trial is scheduled to begin on January 14, 2014. On January 3, 2014, the Government moved to preclude all defendants from asserting an entrapment defense. Doc. 101. The government argues that defendants cannot make out a prima facie case of lack of predisposition as required to offer an entrapment defense at trial.

In light of the imminency of the trial, the Court hereby expedites the briefing schedule on this motion and orders that Defendants **file their responses, if any, to the Government's Motion in Limine to Preclude All Defendants from Asserting an Entrapment Defense no later than 2 p.m. tomorrow, Friday, January 10, 2014.** The failure to file a response in opposition by this deadline shall be construed as consent to granting the motion. The Court may hear oral argument on this motion at the scheduled January 13, 2014, pretrial conference.

DATED January 9, 2014.

_____
Jennifer A. Dorsey
United States District Judge